**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 07-6380

SCOTT LEE GRAVES,

Plaintiff - Appellant,

versus

LISA HOLLINGSWORTH, Warden; ALEXA MATASON,
RDAP Coordinator; LEONARD WEBB, Drug Treatment
Specialist,

Defendants - Appellees.

Appeal from the United States District Court for the District of
Maryland, at Greenbelt.  Roger W. Titus, District Judge. (8:06-cv-
00002036-RWT)

Submitted: May 31, 2007                Decided:  June 8, 2007

Before WILKINSON, TRAXLER, and GREGORY, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Scott Lee Graves, Appellant Pro Se.  Larry David Adams, Assistant
United States Attorney, Baltimore, Maryland, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Scott Lee Graves, a state prisoner, appeals the district court's order denying relief on his 28 U.S.C. § 2241 (2000) petition. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Graves v. Hollingsworth, No. 8:06-cv-00002036-RWT (D. Md. Feb. 22, 2007). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED